UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PATRICK MCFARLAND,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>ACCOUNTS RECOVERY BUREAU,<br>INC. and WRIGHT & LERCH,<br><br>　　　　　Defendants. | CASE NO. 1:12-cv-789-WTL-DKL |

## NOTICE OF SETTLEMENT

Plaintiff hereby informs the Court that he has reached an agreement with Defendants that will resolve this matter in its entirety. The parties will dismiss this matter as soon as reasonably practicable following the execution of documents and consummation of settlement.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*s/ Robert E. Duff*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Robert E. Duff, Atty No. 16392-06
　　　　　　　　　　　　　　　　　　　Indiana Consumer Law Group/
　　　　　　　　　　　　　　　　　　　The Law Office of Robert E. Duff
　　　　　　　　　　　　　　　　　　　380 Mount Zion Road, Suite C
　　　　　　　　　　　　　　　　　　　Lebanon, IN 46052
　　　　　　　　　　　　　　　　　　　800-817-0461
　　　　　　　　　　　　　　　　　　　robert@robertdufflaw.com